Exhibit B - Court Docket

Case 3:19-cv-00663-B   Document 1-2   Filed 03/15/19   Page 2 of 6   PageID 9

## Case Information

DC-19-02211 | C-BONS INTERNATIONAL GOLF GROUP, INC. vs. LEXINGTON INSURANCE CO., et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-19-02211 | 134th District Court | TILLERY, DALE |
| File Date | Case Type | Case Status |
| 02/13/2019 | OTHER (CIVIL) | OPEN |

## Party

**PLAINTIFF**
C-BONS INTERNATIONAL GOLF GROUP, INC.

Inactive Attorneys ▼
Lead Attorney
ACKELS, JOSEPH E, Sr.
Retained

Work Phone
214-267-8600

Fax Phone
214-267-8605

**DEFENDANT**
LEXINGTON INSURANCE CO.

Address
COMMISSION OF INSURANCE, CHIEF CLERK OFFICE
333 GUADALUPE ST. MC113- 2A P.O. BOX 149104
AUSTIN TX 78714

**DEFENDANT**
WILLIS TOWERS WATSON US, LLC

Address
REGISTERED AGENT, CORPORATION SERVICE COMPANY
D/B/A CSC LAWYERS INCORPORATION

SERVICE COMPANY
211 E. 7TH STREET, SUITE 620
AUSTIN TX 78701

## Events and Hearings

02/13/2019 NEW CASE FILED (OCA) - CIVIL

02/13/2019 ORIGINAL PETITION ▼

ORIGINAL PETITION

02/13/2019 ISSUE CITATION ▼

CITATION-WTW

Comment
ESERVE

02/14/2019 CORRESPONDENCE - LETTER TO FILE ▼

LETTER

Comment
$4 ADD FEE PAID FOR COI

02/14/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
02/25/2019
Comment
ESERVE JW

02/14/2019 CITATION SOS/COI/COH/HAG ▼

Anticipated Server
ESERVE

Anticipated Method

Actual Server
OUT OF COUNTY

Returned
02/25/2019

Comment
ESERVE JW

02/18/2019 NOTICE OF DISMISSAL FOR WANT OF PROSECUTION ▼

DC-19-02211 NDWOP.pdf

Comment
DISMISSAL FOR WANT OF PROSECUTION

02/19/2019 VACATION LETTER

02/25/2019 RETURN OF SERVICE ▼

OFFICER'S RETURN Lexington Insurance Co

Comment
OFFICER'S RETURN Lexington Insurance Co

02/25/2019 RETURN OF SERVICE ▼

OFFICER'S RETURN Willis Towers Watson US, LLC

Comment
OFFICER'S RETURN Willis Towers Watson US, LLC

02/28/2019 JURY DEMAND ▼

1Jury Letter.pdf

04/29/2019 DISMISSAL FOR WANT OF PROSECUTION ▼

Judicial Officer
TILLERY, DALE

Hearing Time
10:00 AM

Case 3:19-cv-00663-B   Document 1-2   Filed 03/15/19   Page 5 of 6   PageID 12

## Financial

**C-BONS INTERNATIONAL GOLF GROUP, INC.**

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $352.00 |
| | Total Payments and Credits | | | $352.00 |
| 2/14/2019 | Transaction Assessment | | | $308.00 |
| 2/14/2019 | CREDIT CARD - TEXFILE (DC) | Receipt # 10091-2019-DCLK | C-BONS INTERNATIONAL GOLF GROUP, INC. | ($308.00) |
| 2/14/2019 | Transaction Assessment | | | $4.00 |
| 2/14/2019 | CREDIT CARD - TEXFILE (DC) | Receipt # 10241-2019-DCLK | C-BONS INTERNATIONAL GOLF GROUP, INC. | ($4.00) |
| 2/28/2019 | Transaction Assessment | | | $40.00 |
| 2/28/2019 | CREDIT CARD - TEXFILE (DC) | Receipt # 13586-2019-DCLK | C-BONS INTERNATIONAL GOLF GROUP, INC. | ($40.00) |

## Documents

ORIGINAL PETITION
CITATION-WTW
LETTER
DC-19-02211 NDWOP.pdf
OFFICER'S RETURN Lexington Insurance Co
OFFICER'S RETURN Willis Towers Watson US, LLC
1Jury Letter.pdf

Case 3:19-cv-00663-B   Document 1-2   Filed 03/15/19   Page 6 of 6   PageID 13