IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| C-BONS INTERNATIONAL GOLF GROUP, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.: 3:19-cv-00663-B |
| LEXINGTON INSURANCE CO., WILLIS TOWERS WATSON US LLC, and WILLIS OF ILLINOIS, INC. | § § § § § | |
| Defendants. | § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO WILLIS TOWERS WATSON US LLC AND WILLIS TOWERS WATSON MIDWEST, INC., SUCCESSOR BY MERGER TO WILLIS OF ILLINOIS, INC.

Pursuant to Federal Court of Civil Procedure 41(a)(1)(A)(ii) Plaintiff C-Bons International Golf Group, Inc., and Defendants Willis Towers Watson Midwest, Inc., successor by merger to Willis of Illinois, Inc. and Willis Towers Watson US LLC (collectively, "Willis"), hereby stipulate and agree to a dismissal of Willis in the above-captioned action, with prejudice, each party to bear its own Court costs.

Dated: December 14, 2020.

 /s/ Edward J. Baines 
Sheryl Kao
State Bar No. 24036874
Martin, Disiere, Jefferson & Wisdom, LLP
kao@mdjwlaw.com
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
214-420-5500
214-420-5501 (fax)

/s/ Joseph E. Ackels, Sr. 
Joseph E. Ackels, Sr.
State Bar No. 00829980
Henry J. Ackels
State Bar No. 00829950
Ackels & Ackels, LLP
3030 LBJ Freeway, Suite 1550
Dallas, TX 75234
Telephone: 214-267-8600

and                                                       Facsimile: 214-267-8605
                                                          joe@ackelslaw.com
Christopher W. Martin                                     henry@ackelslaw.com
State Bar No. 24076534
Martin, Disiere, Jefferson & Wisdom, LLP                  *Attorneys for Plaintiff*
martin@mdjwlaw.com
Niels Esperson Building
808 Travis, 20th Floor
Houston, Texas 77002
713-632-1701
713-222-0101 (fax)

and

Edward J. Baines
*Admitted Pro Hac Vice*
Federal Bar No. 06776
ted.baines@saul.com
500 E. Pratt Street, Suite 900
Baltimore, MD 21202-3 133
410-332-8954
410-332-8953 (fax)

Amy L. Piccola
*Admitted Pro Hac Vice*
amy.piccola@saul.com
Centre Square West, 38th Fl.
1500 Market Street
Philadelphia, PA 19102
215-972-8405
215-972-1871 (fax)

*Attorneys for Defendants Willis*
*Towers Watson Midwest, Inc.,*
*successor by merger to Willis of*
*Illinois, Inc. and Willis Towers*
*Watson US LLC*

## CERTIFICATE OF SERVICE

     This is to certify that a true and correct copy of this **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO WILLIS TOWERS WATSON US LLC AND WILLIS TOWERS WATSON MIDWEST, INC., SUCCESSOR BY MERGER TO WILLIS TOWERS WATSON LLC** has been served this 14th day of December 2020, by electronic filing as follows:

Joseph E. Ackels, Sr.
State Bar No. 00829980
Henry J. Ackles
State Bar No. 00829950
ACKELS & ACKELS, LLP
3030 LBJ Freeway, Suite 1550
Dallas, TX 75234
Telephone: 214-267-8600
Facsimile: 214-267-8605
joe@ackelslaw.com
henry@ackelslaw.com
*Attorneys for Plaintiff*

Brett A. Wallingford
State Bar No. 00797618
ZELLE LLP
901 Main Street, Suite 4000
Dallas, TX 75202-3 975
Telephone: 214-742-3000
Facsimile: 214-760-8994
bwallingford@zelle.com

Courtney E. Murphy
HINSHAW & CULBERTSON LLC
800 Third Avenue
New York, NY 10022
Telephone: 212-471-6200
cmurphy@hinshawlaw.com

*Attorneys for Defendant Lexington Insurance Company*

                            By:   */s/ Edward J. Baines*
                                  **Edward J. Baines**