IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| C-BONS INTERNATIONAL GOLF GROUP, INC., | § § § § § | |
| Plaintiff, | | |
| v. | § § § | CIVIL ACTION NO. 3:19-cv-00663-B |
| LEXINGTON INSURANCE CO., WILLIS TOWERS WATSON US LLC, and WILLIS OF ILLINOIS, INC. | § § § § § § | |
| Defendants. | | |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, C-BONS INTERNATIONAL GOLF GROUP, INC ("Plaintiff") and Defendant, LEXINGTON INSURANCE COMPANY ("Defendant") jointly move to dismiss this action in its entirety with prejudice, each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff and Defendant's Agreed Motion to Dismiss with Prejudice in its entirety is hereby GRANTED.

IT IS FURTHER ORDERED that all of Plaintiff's claims that were brought and/or that could have been brought against the Defendant Lexington Insurance Co. and all of Lexington Insurance Co.'s claims that were brought and/or that could have been brought against the Plaintiff are hereby dismissed with prejudice to the refiling of same.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorney's fees shall be taxed to the party incurring same.

**SIGNED** this _____ day of _____ 2021.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM:**

By:   /s/  *Joseph E. Ackels, Sr.*
    Joseph E. Ackels, Sr.
    State Bar No. 00829980
    joe@ackelslaw.com
    Henry J. Ackels
    State Bar No. 00829950
    henry@ackelslaw.com
    **ACKELS & ACKELS, L.L.P.**
    3030 LBJ Freeway, Suite 1550
    Dallas, TX  75234
    Telephone: 214-267-8600
    Facsimile: 214-267-8605
    **ATTORNEYS FOR PLAINTIFF**

    **-AND-**

By:   /s/ *Brett A. Wallingford*
    Brett A. Wallingford
    Texas State Bar No. 00797618
    BWallingford@zelle.com
    **ZELLE LLP**
    901 Main Street, Suite 4000
    Dallas, TX 75202
    Telephone: (214) 742-3000
    Facsimile: (214) 760-8994

    Courtney E. Murphy, Esq.
    cmurphy@clausen.com
    Dawn M. Brehony, Esq.
    dbrehony@clausen.com
    **CLAUSEN MILLER P.C.**
    28 Liberty Street, 39th Floor
    New York, NY 10005
    Telephone: 212-805-3900
    Facsimile: 212-805-3939
    **ATTORNEYS FOR DEFENDANT**
    **LEXINGTON INSURANCE COMPANY**